14 pages all together

Stephen Koo.
6 Knollwood Drive
Mendham NJ 07945
Tel. 973 543-0246
Feb 15th/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE FORREST

STEPHEN KOO (Plaintiff)

*(In the space above enter the full name(s) of the plaintiff(s).)*

13 CV 1189

**COMPLAINT**

-against-

Defendants:

(1) NEW YORK CITY Police Department (NYPD)

(2) P.O Robert Hall SHield # 8982 (NYPD) (ManHattan Traffic Task Force)
(FOR CASE 2012NY089076) NOV 24th 2012.

(3) NEW YORK CITY PROSECUTOR (NYPD)
(FOR CASE 8N111896). NOV 11th/1988.

(4) Legal AiD Society
(FOR 8N111896) NOV 11th/1988.

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name STEPHEN KOO
Street Address 6 Knollwood Drive Mendham.
County, City MORRIS Co, Mendham, NJ.
State & Zip Code NJ 07945.
Telephone Number Tel: 973-543-0246

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.



Defendant No. 1
Name New York City Police Department.
Street Address One Police Plaza New York NY 10038.
County, City NYPD
State & Zip Code DATE OF incident Nov 24th/2012.
Telephone Number CASE NO 2012NY089076.

Defendant No. 2
Name P.O Robert Hall Shield No 8982
Street Address Manhattan Traffic force, 138 W 30th NYC.
County, City (NYPD)
State & Zip Code DATE of incident Nov 24th/2012.
Telephone Number CASE NO. 2012 NY 089076.

Defendant No. 3
Name New York City prosecutor (NYPD).
Street Address
County, City DATE of incident: Nov 11th/1988.
State & Zip Code CASE NO. 8N 111896.
Telephone Number

Defendant No. 4
Name New York City Legal Aid Society Miss Stacey
Street Address 49 Thomas st NYC.
County, City DATE of incident: Nov 11th/1988
State & Zip Code CASE NO. 8N 111896. Judge DRAGERL NEWMAN PART J6BT APS
Telephone Number

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? NOT Applicable.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship New Jersey.
Defendant(s) state(s) of citizenship New York.

3A

Facts:

For case docket number 2012NY089076 (Nov 24th 2012)

P.O Robert Hall shield 8982 (NYPD) SMASHED my driver's side window of NYC yellow cab 2y85B with his steel bat, that broken glasses spread into my eyes, nose and mouth. He handcuffed me tightly, pressed me against concrete street hard, injured my hand, knee and retarded my breath function, disabled my leased NYC yellow cab 2Y85B in less than five minutes. Personal injury and private property damages had been done by P.O Robert hall, he also took my $ 40 - $50 US dollars, $150 dollars value ray bend sun glasses and some other personal properties worth $100 dollars unreturned, police did not even allow me to file a property lost report, he camouflaged his fault with his perjury charges in his police report against me that violated my civil right. I enclosed here with his police report and certificate of disposition from criminal court NYC, and my letter of brief explanation of this incident for your reference. I am the only victim involved in the incident, many pedestrians, five or six policemen saw it but nobody stopped P.O Robert Hall's brutality.

For case docket number 8111896 (Nov 11th 1988)

I was also perjury discriminately charged, conspiratorial, falsely convicted so called "assault police" which had been hidden for 25 years until Nov 24th 2012, I found in the similar incident recently. I am NOT GUILTY of all those injustice verdicts. After being discriminately tortured by handcuff on cell, threaten by electrical gun, toxic by experimental drug in Bellevue Hospital NYC, jailed for 78 hours, mugged $35 by prisoner guard by the entrance before court room, these complains are all true, I want Federal court U.S not only to know these problems, to correct them, to compensate for the damages of the problem , but also to stop repeating them. I enclosed here with the certificate of disposition for Reference.

Stephen Kuo Feb 15th/2013

III

3

B

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? On W 58th street heading east between Bergdorf goodman, 5th Ave, and plaza Hotel NYC

B. What date and approximate time did the events giving rise to your claim(s) occur? about 2:45pm on Nov 24th 2012

C. Facts:

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. (1) AS For Case number 2012NY089076. I am under Medical Care of ST Lukes Roosevelt Hospital located @ 1000 Tenth Ave, New York NY 10019. Tel: (212) 523-6800 Medical Record number 10000487654.

(2) As for Case number 8N111896. I was send to Bellevue Hospital NYC @ 462 first Ave NYC I went for foot treatment in clinic their name and address I forgot.

IV

Relief:

I want the federal court U.S to do the following to me:

(1) To stop NYPD's harassing, racketeering discrimination to a 69 years old U.S citizen.
(2) To stop NYPD's unnecessary arrest, bully and torture to an Asian senior.
(3) To stop police stealing my private properties.
(4) **To stop NYPD abuse and injure minority** for their power desire satisfaction.
(5) To stop NYPD to take advantage of minority's language hindrance as a target to be chosen for real arrest training purpose.
(6) To stop NYPD overrule.
(7) To protect my privacy from NYPD.
(8) To stop NYPD's perjury charges and malicious, conspiratorial discrimination sentence to be convicted
(9) To expunge the injustice, malicious life killing record "assault police". I am not guilty of this discriminate sentence, as I never touch any police in my life.
(10) To estimate, pay the compensation of damages caused by the NYPD, the legal system corruption.

I did not even know until Nov 24th 2012 that for twenty five years I have been living under the negative shadow "assault police" that failed me in looking for decent career of my life, although the system sealed this record for that period, however, the damage was horrible, this alone say based on average forty thousand per year income that financial damage is unimaginable, which is not including psychological and physical damage, loss jobs etc. To answer to this question I would like leave to federal court to decide a reasonable, fair compensation for this case.

Thank you for your kind attention for this misfortune.

Very truly yours,

Stephen Koo.

Stephen Koo Feb 15th/2013

4

B

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ______

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15th day of February, 2013

Signature of Plaintiff Stephen Koo

Mailing Address 6 Knollwood Drive, Mendham, NJ 07945

Telephone Number 973-543-0246.

Fax Number *(if you have one)* ______

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of ______________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______

Inmate Number ______

VI

(5)

**V. Relief:** Summary what I would like Court to do for me!

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

(A) Clear of false charges (Perjury charges and Convicted in 1988. Docket number 8N111896

(B) Let me Know what the estimation of compensation due to the damages in both cases 8N111896 and 2012NY089076

(C) Protection for me to Work in The U.S.A.

Thank you.

Feb 15th/2013

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 15th day of February, 2013

Signature of Plaintiff: Stephen Koo

Mailing Address: 6 Knollwood Drive. Mendham NJ 07945

Telephone Number: 973-543-0246

Fax Number *(if you have one)* __________

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of __________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __________

Inmate Number __________

Ruby J. Krajick
Clerk of Court
United State District Court
500 Pearl Street Room 200
New York NY 10007

Stephen Koo
6 Knollwood Drive
Mendham, New Jersey 07945
Tel: 973 543-0246
Feb 15th/2013

6

Twenty five years ago, 10:30 am Nov 11th 1988, docket number 8N111896, of which I was falsely arrested at 41th street and 8th Ave by mid town south precinct at 357 w35th street NYC (NYPD), perjury charged "assault police", which was proved not exist, acquitted according to legal aid lawyer in1988, until recent a similar case opened on Nov 24th 2012, I founded the case 8N111896 of which I was misled foolishly, maliciously calumniated, defamed by the slander of "assault police" by NYPD with the aid of legal aid lawyer conspiratorially at that time. It has been twenty five years since I have been foolishly, unfairly, maliciously and prejudicially convicted by the injustice verdict of NYC criminal law system. I was tortured by handcuff on the bar cell, toxic by the test drug in Bellevue Hospital NYC, jailed 78 hours. A prisoner guard mugged of $35, my hair cut money by the entrance just before court room on Nov 15th 1988. Although I was released I lost my down coat, electron book and some other personal properties. I refused to go for community services also, firmly claimed not guilty, few days later I came back to the court.

Three of us, a female judge, arrest officer and I were confined ourselves in a small court room about two hundred square feet in 100 center street criminal court NYC , instead of a grand jury trial I expected, a bench trial therefore started. Judge recorded testimony, asked officer to apologize for what he did to me first, then she fined me $100, that I complained immediately was not fair to me, then she asked me how much I should fine you? I answered $5 as a respect to the court. Judge's final decision was 15 days in jail in lieu of $100 fine. She forced me to pay fine to avoid jail, however, the unfair decision not only disgracefully humiliated of my pride of being American citizenship but also racketeered my hard earned $100, separated me from New York City's taxi business until 2010, two years later Nov 24th 2012, docket number 2012ny089076 was born, the disgraceful history seems repeated itself forever unimproved.

Stephen Koo Feb 15th/2013





The following designated the name of incidence in which I Stephen Koo was a Victim physically injured, psychological disgracefully humiliated, my NYC leased cab window 2Y85B was damaged. These personal injury, property damages, plus my financial loss of the suspension of my hack license that caused by officer Robert Hall NYPD shield 8982 , as a result of his false arrest and his insufficient and inexperience of NYC public services.

# Bergdorf Goodman and w 58th street

About 2:45pm, Nov 24th 2012, an angry black man, named Robert Hall shield 8982 stationed at 138 w30th street, Manhattan Traffic Task Force NYPD, walked quickly to my NYC yellow cab 2Y85B and without one word, Robert Hall hit my left side driver's window with steel bat like crazy, while I was waiting for bumper to pumper traffic of w58th street between Bergdorf Goodman, 5thAve, and Plaza Hotel NYC.

With 38 years training and experiences, a licensed NYC cab driver, I sensed the endangerment immediately and acted quickly away from him simply for the safe of my life and my leased cab, I did not aware of his identity at the moment simply because of the fear of his steel bat impact force against my window and the horrible memory that a black attacker of similar feature of officer Robert Hall, who assaulted me two weeks ago by the subway entrance in Long Island city NY, on Nov 9th 2012. I was injured also at time and I did report to 911 emergent in 108th precinct Long Island City NY, immediately after the crime.

About 10 ft to 15 ft from the first site of attack of the officer, Robert Hall changed from footing to driving .He rode a scooter marked NYPD that recklessly blocked my way, then he got out of his scooter quickly and rushed into my cab second time without single word, no siren, no light warning signals, Robert Hall with his steel bat, smashed my left driver side window madly and completely, broke it.

Consequently those broken glasses from the smashed window spread all over, into my eyes, mouth, nose and my face. I was paralyzed instantly. I was being pulled out off my driver's seat savagely and being pressed against hard concrete ground, finally I was tightly handcuffed, injured and disabled. Five hours later, I was send to St Luke Roosevelt Hospital, after I had requested medical care for my difficulty of breath, because of the effect of broken glasses all over my mouth, nose, eyes, and for my injured hand and knee. I have been still going for medical treatment periodically, because of the excess police brutal force. Robert Hall not only made personal injury, but also made property damages to public. I am one of victim.

Stephen Koo Feb 15th/2013

IX



- By mid night Nov24th2012, I was transfer from 18th precinct 306 w54thstreet to100 center Street NYC. Where I was locked for over 30 hours and released by 8:00pm, on 25thNov 2012. With Release on own Recognizance, (ROR). Based on the fact of my refusal of 2 days community service, I was summoned to court appearance on Feb 4th 2013, @ 9:00am.

- In the defense of four counts of perjury charges, I stated as following:

( 1 ) Unlawful flee a police officer's motor vehicle.

I was extremely horrified at the moment by Robert Hall's steel bat impact force against my window, after his silent approach to my cab, that reminded me of an assaulter that had the similar feature of P. O Robert Hall, who attacked behind me silently by the subway station on Nov 9th 2012. I was injured, I reported to 911 emergent at 108thprecinct Long Island City NY, immediate after the crime.

( 2 ) Reckless endangerment in second degree.

It is impossible to do so, for w 58th street was bumper to pumper traffic moving intermittently at 5mph or under at the time.

( 3 ) Resist Arrest.

I did the best to cooperate with police, even though I was paralyzed by those broken glasses of the window, I was pulled out of my driver's seat after he destroyed the window, handcuffed me almost simultaneously. I was unable and no time to response. This is absolute malicious perjury charge.

( 4 ) Reckless driving not DNA eligible.

I have my drive eligibility medical certificate, licensed which ruled me out of this charge.

Adjournment contemplation dismissal (A C D ) ( F486526 )seemed the only choice I can get, after argument with my legal aid society lawyer Ebette M. Fortune@ (212)2985205 and her supervisor Heather A. Smith (212)2985240, for full dismissal unconditionally after ruled out ridiculous "disorder conduct" and malicious perjury charges "assault police" in two round circuits arraignment appearances in the criminal court at 100 center street NYC ,on February 4th 2013. After defended all those irrelavent and perjury charges, the above ( A C D ) was issued.

All these effort are only for a safe New York City that for people to live, work and to enjoy. Thank you for your attention.

Very truly yours,

Stephen Koo Stephen Koo Feb 15th 2013.



(9)

MANHATTAN TRAFFIC Fax:212-239-2524 Nov 25 2012 02:01pm P002
Fax Server 11/25/2012 1:50:02 PM PAGE 2/003 Fax Server

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Stephen Koo (M 69),

Defendant.

MISDEMEANOR

2430928

Police Officer Robert Hall, Shield 8982 of the Manhattan Traffic Task Force, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 120.20 | Reckless Endangerment in the Second Degree (1 count) |
| 2 | PL 205.30 | Resisting Arrest (1 count) |
| 3 | PL 270.25 | Unlawful Fleeing a Police Officer in a Motor Vehicle - 3rd Degree (1 count) |
| 4 | VTL 1212 | Reckless Driving-Not DNA Eligible (1 count) |

On or about November 24, 2012 at about 2:10 PM, at West 58th Street between 5 Avenue & Grand Army Plaza in the County and State of New York, the defendant recklessly engaged in conduct which created a substantial risk of serious physical injury to another person; the defendant intentionally attempted to prevent a police officer and peace officer from effecting an authorized arrest of himself and another person; the defendant, knowing that he had been directed to stop his motor vehicle by a uniformed police officer and a marked police vehicle by the activation of the lights and the lights and siren of such vehicle, thereafter attempted to flee such officer and such vehicle by driving at speeds which equaled and exceeded twenty-five miles per hour above the speed limit and engaged in reckless driving as defined by section twelve-hundred twelve of the vehicle and traffic law.; the defendant drove a motor vehicle in a manner which unreasonably interfered with the free and proper use of a public highway and unreasonably endangered users of the highway.

*The factual basis for these charges are as follows:*

I observed the defendant operating a New York Taxi Cab with New York license plate 2Y85B on a public street, West 58th Street, in that the keys were in the ignition, the defendant was behind the wheel and the engine was running. I approached the defendant's vehicle on foot and asked the defendant to roll down the car window and the defendant locked the doors, yelled at me, did not roll down the window, and sped off quickly into the crowded intersection at West 58th Street and 5th Avenue.

(11)

XI



CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Stephen Koo (M 69),

Defendant.

MISDEMEANOR

I further observed that the defendant cut off other motorists, made unsafe lane changes, stopped abruptly, and spun the wheels of his car and was travelling at a speed I estimated, based on my training and experience, to be greater than 25mph on a crowded motorway. I approached the defendant a second time on my police scooter and ordered him to turn off his motor vehicle and to unlock his door. The defendant then reversed his vehicle and began speeding in an eastbound direction. I again approached and ordered the defendant to turn off the motor vehicle. I then observed the defendant attempt to move the motor vehicle again.

When I attempted to place the defendant under arrest, he refused to get out of the motor vehicle and pulled away from me, making it difficult for me to arrest him. After Police Officer Michael Leone, Shield 24122, assisted me in removing the defendant from the vehicle, the defendant tensed up his arms and pulled them away to prevent me from placing him in handcuffs.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

P.O. Robert Hall — 11/25/12 — 14:15

Police Officer Robert Hall | Date | Time

24309281



11

CRIMINAL COURT OF THE CITY OF NEW YORK

CERTIFICATE OF DISPOSITION

F 486526

NO FEE

Docket Number 2012NY089076 Year 2012

THE PEOPLE OF THE STATE OF NEW YORK

VS.

Koo, Stephen — m/05-29-43
Name — Date of Birth/Age

6 Knollwood Dr.; Mendham, NJ — —
Address — City/State — Zip

Date of Offense 11-24-12

PL-120.20; PL-205.30; PL-270.25, VTL1212
Original Offense(s)

Final Offense(s)

DISPOSITION
Adjournment in Contemplation of Dismissal.
Date to Seal: 08-02-13

Date of Disposition 02-04-13. Date of Sentence —

A — New York — Scherzer
Part — County — Judge

**NO FEE CERTIFICATION**
☐ Government Agency ☐ Counsel Assigned ☐ No record of attorney readily available. Defendant states counsel was assigned. **SOURCE:** ☐ Accusatory Instrument ☐ Docket Book/CRIMS ☐ CRC 3030 [CRC 963]

**ISSUED BY:**

CCO — New York — 02-04-13
Part — County — Date

I hereby certify that this is a true excerpt of the record on file in this Court.

Court Official (Signature) — Title SCC

CRC 3039 (11/92) [CRC 225G]

13

XIII

(12)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER: 302686

THE PEOPLE OF THE STATE OF NEW YORK
VS

KOO, STEPHEN
Defendant

05/29/1943
Date of Birth

33 NORTON AVENUE
Address

6253339P
NYSID Number

GARDEN CITY NJ
City State Zip

11/11/1988
Date of Arrest/Issue

Docket Number: 8N111896

Summons No:

120.05 120.20 205.30
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 05/15/1989 | TRIED<br>TFG 240.25<br>FOUND GUILTY & SENTENCED<br>$100/15D | DRAGER, L | J6BT |
| 06/16/1989 | EXECUTION OF SENTENCE<br>PAID | NEWMAN, B | AP5 |

**NO FEE CERTIFICATION**

_ **GOVERNMENT AGENCY** _ **COUNSEL ASSIGNED**

_ **NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED**

**SOURCE** _ **ACCUSATORY INSTRUMENT** _ **DOCKET BOOK/CRIMS** _ CRC3030 [CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

PITERS, B
COURT OFFICIAL SIGNATURE AND SEAL

01/14/2013
DATE

FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

SEALED
AFTER CONVICTION

pursuant to Section 160.55 of the CPL

Ruby J Krajick
Clerk of Court

United State District Court
Southern District of New York
500 Pearl Street Room 200
NY NY 10007

Stephen Koo
6 Knollwood Dr
Mendham NJ 07945

① This is Counter law suit against New York City Police Department for racial discrimination outrage. torture, racketeer false arrest to me.

② This is a law suit against New York city District Attorney for their mislead, perjury charges and discrimination to me

③ This is a law suit against New York city legal aid society for their negligence of perjury charges from NYPD. and for the cover-up or shield such crime from city police.

④ This is a law suit shows and against New York State Court, that they edmatted false evidence, (intentionally or unintentionally) to create false conviction to me.

⑤ This is a Nations level law suit to call up attention of U.S legal system to know the crime in the system, to corret them, to stop them repeat, to compensate the damage made. in the area of financial, physical, and psychological of victim Stephen Koo.

Please refer to 14 pages filing including my letter of explanation.

Basis of Jurisdiction
☒ Diversity

Stephen Koo Feb 21st / 2013.